# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-ROYBAL

| | |
|---|---|
| GLYNDA MAE BARRON, | Case No.: 5:16-cv-01420-MWF-PLA |
| Plaintiff, | {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,103.25 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: June 20, 2017

_____
THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Cyrus Safa*
_____
Cyrus Safa
Attorney for plaintiff Glynda Mae Barron